# United States District Court

WESTERN DISTRICT OF MASSACHUSETTS

NATIONAL GRID COMMUNICATIONS, INC.,

V.

TOWN OF LENOX and
LENOX ZONING BOARD OF APPEALS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05cv30131 MAP

TO: (Name and address of defendant)

LENOX ZONING BOARD OF APPEALS
Town Hall
6 Walker Street
Lenox, Massachusetts 01240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth Ira Spigle
687 Highland Avenue, Suite 1
Needham, Massachusetts 02494

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    06/06/05
CLERK                                DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • (413) 443-6841

*Berkshire, ss.*                                                         June 23, 2005

I hereby certify and return that on 6/22/2005 at 11:44 AM I served a true and attested copy of the Summons & Complaint, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to Diana Kirby, Assistant Clerk for Lenox Zoning Board of Appeals at Town Hall, 6 Walker Street, Lenox, MA 01240. Attestation ($5.00), Conveyance ($2.10), Copies ($1.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.70) Total Charges $61.80.

Deputy Sheriff, Ronald J. Marcella, Sr.

_____
                    **Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
             Date                        Signature of Server

                                  _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.