AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

NATIONAL GRID COMMUNICATIONS, INC — PLAINTIFF

v.

TOWN OF LENOX et al — DEFENDANTS

**APPEARANCE**

Case Number: 3O5 CV-30131-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE TOWN OF LENOX, MA

Date: July 28, 2005

Signature: _(signed) Anthony C. Blair_

Print Name: ANTHONY C. BLAIR

Address: HANNON LERNER, 184 MAIN ST

City: LEE   State: MA   Zip Code: 01238

Phone Number: 413-243-3311 x17