UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-cv-30131-MAP

NATIONAL GRID COMMUNICATIONS, INC., )
)
      Plaintiff )
)
V. )
TOWN OF LENOX and )
LENOX ZONING BOARD OF APPEALS, )
)
      Defendants )

## ASSENTED-TO MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Plaintiff National Grid Communications, Inc., hereby moves, with the assent of the Defendants, to change the date of the scheduling conference in this matter from August 25, 2005, to September 9, 2005. As grounds therefor, Plaintiff states that its undersigned counsel has long-standing family vacation plans for the week of August 20 though 27, and it would be extremely difficult for him to be present for the scheduling conference on August 25.

Respectfully submitted,

National Grid Communications, Inc.,

By: /s/ Kenneth Ira Spigle
Kenneth Ira Spigle (BBO # 475220)
687 Highland Avenue, Suite 1
Needham, Massachusetts 02494
(781) 453-3900
Facsimile: (781) 453-0510

Assented to:

By: /s/ Jerome J. Scully 8/12/15
Jerome J. Scully (BBO # 449660)
Hannon, Lerner, Cowig, Scully & Bell
184 Main Street
Lee, Massachusetts 01238
(413) 243-3311
Facsimile: (413) 243-4919
    Counsel for Defendants
    Town of Lenox and
    Lenox Zoning Board of Appeals

Dated: August 12, 2005