UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRID COMMUNICATIONS, INC.,<br>    Plaintiff<br><br>v.<br><br>**TOWN OF LENOX** and **LENOX ZONING BOARD OF APPEALS**,<br>    Defendants | CIVIL ACTION # 05-CV-30131-MAP |

CERTIFICATION AS TO COMPLIANCE WITH LOCAL RULES 16.1(C)(3)(a)&(b) & 16.4

Counsel for the Defendants, and the Town Manager of the Defendant Town of Lenox and Lenox Zoning Board of Appeals, hereby certify that they have conferred together with a view to establishing a budget for the costs of conducting the full course of litigation in this case. Further, they have conferred to establish a budget for the various alternatives to a full litigation of this case.

Furthermore, they have also considered the resolution of the dispute through alternative dispute resolution programs as are outlined in Local Rule 16.4, and the Defendants do not wish to pursue such alternative programs at this time.

Respectfully submitted,

TOWN OF LENOX and  LENOX  ZONING BOARD OF APPEALS,

By: /s/ Gregory T. Federspiel             By: /s/ Jerome J. Scully
    Gregory T. Federspiel                     Jerome J. Scully (BBO # 449660)
    Town Manager
    Town of Lenox, Mass.                  By: /s/ Anthony C. Blair
                                              Anthony C. Blair  (BBO # 653849)
                                              Hannon, Lerner
                                              184 Main Street,  PO Box 697
                                              Lee, Massachusetts  01238
                                              (413) 243-3311
Dated: September 7, 2005                      Facsimile: (413) 243-4919