UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL GRID COMMUNICATIONS, )
INC., )
                Plaintiff )
)
      v. )    Civil Action No. 05-30131-MAP
)
)
TOWN OF LENOX and LENOX )
ZONING BOARD OF APPEALS, )
                Defendants )

SCHEDULING ORDER
September 9, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be served by October 14, 2005, and responded to by November 18, 2005.

2. By October 14, 2005, the parties shall reach agreement as to the content of the ZBA hearing record.

3. The parties shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 2, 2005.

4. All expert depositions shall be completed by January 13, 2006.

5. Counsel shall appear for a case management conference on January 17, 2006, at 10:00 a.m. in Courtroom Three.

6. Plaintiff shall file its motion for summary judgment, if any, by January 20,

2006, to which Defendants shall respond (and file a cross motion for summary judgment if they wish) by February 17, 2006.

IT IS SO ORDERED.

DATED: September 9, 2005

                                                 /s/ Kenneth P. Neiman  
                                                 KENNETH P. NEIMAN  
                                                 U.S. Magistrate Judge