

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL GRID COMMUNICATIONS, INC., <br><br> Plaintiff <br><br> v. <br><br> TOWN OF LENOX and LENOX ZONING BOARD OF APPEALS, <br><br> Defendants | CIVIL ACTION # 05-CV-30131-MAP |

## CERTIFICATION OF LOCAL RULES 16.1(C)(3)(a-b) and 16.4 COMPLIANCE

Plaintiff National Grid Communications, Inc., and its undersigned counsel, hereby certify that they have conferred together with a view to establishing a budget for the costs of conducting the full course of litigation in this case and to establish a budget for the various alternatives to a full litigation of this case. In addition, they have also considered the resolution of the dispute through alternative dispute resolution programs pursuant to Local Rule 16.4, and have determined not to proceed with such alternative programs at this time.

Respectfully submitted,

NATIONAL GRID COMMUNICATIONS, INC.

By: /s/ Doug Wiest
Doug Wiest
Chief Executive Officer, Gridcom
   A Division of National Grid Communications, Inc.

By: /s/ Kenneth Ira Spigle
Kenneth Ira Spigle (BBO #475220)
687 Highland Avenue, Suite 1
Needham, Massachusetts. 02494
(781) 453-3900
Facsimile: (781) 453-3900

Dated: September 8, 2005