UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL GRID COMMUNICATIONS, INC.,  )
                                     )
        Plaintiff                    )
                                     )   C. A. NO. 05-30131-MAP
V.                                   )
                                     )
TOWN OF LENOX and                    )
LENOX ZONING BOARD OF APPEALS,       )
                                     )
        Defendants                   )

### JOINT MOTION TO REVISE SCHEDULE

The Plaintiff, National Grid Communications, Inc., and the Defendants,

Town of Lenox and Lenox Zoning Board of Appeals, jointly move that this

Honorable Court revise the schedule in this proceeding as proposed below.  As

grounds therefor, the parties state that it has taken longer than initially

anticipated to determine the contents of the hearing record, and that additional

time will be needed on order to finalize the assembly of the hearing record, as

well as to discuss issues relating to the possibility of settlement.

● The parties shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by February 20, 2006.

● All expert depositions shall be completed by March 20, 2006.

● Counsel shall appear for a case management conference on a date to

be determined by the Court, after March 20, 2006.

- Plaintiff shall file its motion for summary judgment, if any, by March 31, 2006, to which Defendants shall respond (and file a cross motion for summary judgment if they wish) by April 28, 2006.

Respectfully submitted,

NATIONAL GRID
COMMUNICATIONS, INC.,

By:  /s/ Kenneth Ira Spigle
Kenneth Ira Spigle (BBO# 475220)
687 Highland Avenue, Suite 1
Needham, Massachusetts  02494
(781) 453-3900
Facsimile: (781) 453-0510

TOWN OF LENOX and  LENOX
ZONING BOARD OF APPEALS,

By:  /s/ Anthony C. Blair
Jerome J. Scully (BBO # 449660)
Anthony C. Blair  (BBO # 653849)
Hannon, Lerner, Cowig, Scully &
Bell 184 Main Street,  PO Box 697
Lee, Massachusetts  01238
(413) 243-3311
Facsimile: (413) 243-4919

Dated:      January 12, 2006