UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL GRID COMMUNICATIONS, INC., )
)
    Plaintiff )
)
) C. A. NO. 05-30131-MAP
v. )
)
TOWN OF LENOX and )
LENOX ZONING BOARD OF APPEALS, )
)
    Defendants )

## JOINT MOTION TO REVISE SCHEDULE

The Plaintiff, National Grid Communications, Inc., and the Defendants, Town of Lenox and Lenox Zoning Board of Appeals, jointly move that this Honorable Court revise the schedule in this proceeding as proposed below. As grounds therefor, the parties state that it has taken longer than initially anticipated to determine the contents of the hearing record, and that additional time will be needed on order to finalize the assembly of the hearing record.

- The parties shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by February 20, 2006.
- All expert depositions shall be completed by March 20, 2006.
- Counsel shall appear for a case management conference on a date to be determined by the Court, after March 20, 2006.
- Plaintiff shall file its motion for summary judgment, if any, by March 31,