UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRID COMMUNICATIONS, )<br>INC.,                            )<br>               Plaintiff      )<br>                              )<br>   v.                         )<br>                              )<br>                              )<br>TOWN OF LENOX and LENOX       )<br>ZONING BOARD OF APPEALS,      )<br>               Defendants     ) | Civil Action No. 05-30131-MAP |

REVISED SCHEDULING ORDER
January 13, 2006

NEIMAN, U.S.M.J.

The court hereby allows the parties' joint motion to revise schedule (Document No. 13), and establishes the following schedule:

1. The parties shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by February 20, 2006.

2. All expert depositions shall be completed by March 20, 2006.

3. Counsel shall appear for a case management conference on March 29, 2006, at 10:30 a.m. in Courtroom Three.

4. Plaintiff shall file its motion for summary judgment, if any, by March 31, 2006, to which Defendants shall respond (and file a cross motion for summary judgment if they wish) by April 28, 2006.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge