UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL GRID COMMUNICATIONS )
INC., )
          Plaintiff )
)
)
v. )   Civil Action No. 05-30131-MAP
)
TOWN OF LENOX and LENOX )
ZONING BOARD OF APPEALS, )
          Defendants )

SCHEDULING ORDER
March 29, 2006

NEIMAN, U.S.M.J.

The following revised schedule was set at the case management conference this day:

1. The parties shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 15, 2006.

2. All expert depositions shall be completed by June 20, 2006.

3. Plaintiff shall file its motion for summary judgment, if any, by July 31, 2006, to which Defendants shall respond (and file a cross motion for summary judgment if they wish) within forty-five days.

IT IS SO ORDERED.

                                                                  /s/ Kenneth P. Neiman
                                                                  KENNETH P. NEIMAN
                                                                  U.S. Magistrate Judge