UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRID COMMUNICATIONS, INC., )<br>)<br>    Plaintiff    )<br>)<br>V.    )<br>)<br>TOWN OF LENOX and    )<br>LENOX ZONING BOARD OF APPEALS,    )<br>)<br>    Defendants    ) | C. A. NO. 05-30131-MAP |

## JOINT MOTION TO FURTHER REVISE SCHEDULE

The Plaintiff, National Grid Communications, Inc., and the Defendants, Town of Lenox and Lenox Zoning Board of Appeals, jointly move that this Honorable Court further revise the schedule in this matter, to defer the date upon which Plaintiff's Motion for Summary Judgment is due to be filed from August 14, 2006, to September 13, 2006, and change the date upon which Defendants may file their opposition and any cross motions for summary judgment to October 30, 2006, on the grounds that the parties' settlement discussions are expected to be concluded successfully within the next several days.

As further grounds therefor, the parties state the following:

1. As indicated in the parties' Joint Motion dated July 27, 2006, they have been engaged in serious settlement discussions during the past several weeks. They have now reached a tentative settlement on all counts, and are awaiting final confirmation of the settlement agreement by the municipal boards

involved in the case. It is anticipated that such final confirmation of the settlement will occur within the next several days.

    2.    This additional extension of the summary judgment motion filing deadlines will allow the parties and this Court to avoid the unnecessary expenditure of time and other resources.

Respectfully submitted,

| | |
|---|---|
| NATIONAL GRID COMMUNICATIONS, INC., | TOWN OF LENOX and LENOX ZONING BOARD OF APPEALS, |
| By: _/s/ Kenneth Ira Spigle_<br>Kenneth Ira Spigle (BBO# 475220)<br>687 Highland Avenue, Suite 1<br>Needham, Massachusetts 02494<br>(781) 453-3900<br>Facsimile: (781) 453-0510 | By: _/s/ Jerome J. Scully_<br>Jerome J. Scully (BBO # 449660)<br>Anthony C. Blair (BBO # 653849)<br>Hannon, Lerner, Cowig, Scully & Bell 184 Main Street, PO Box 697<br>Lee, Massachusetts 01238<br>(413) 243-3311<br>Facsimile: (413) 243-4919 |

Dated:    August 11, 2006