# HANNON LERNER
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| Jerome J. Scully<br>Sarah H. Bell<br>Anthony C. Blair | 184 Main Street, Post Office Box 697<br>Lee, Massachusetts 01238<br>413-243-3311 x17   413-637-3311 x17   Fax: 413-243-4919 | James E. Hannon<br>(1935-1971)<br>Maurice I. Lerner<br>(1937-1980) |
| Hugh C. Cowhig<br>Of Counsel | blair@hannonlerner.com | James P. Dohoney<br>(1969-1980) |

August 25, 2006

United States District Court for
The District of Massachusetts
Federal Building & Courthouse
1550 Main St.
Springfield, MA 01103

ATTN:   CLERK OF THE COURT

Re:   <u>National Grid Communications, Inc. v. Lenox, Town of et al.</u>
      CIVIL ACTION #05-CV-30131-MAP

Dear Sir/Madam,

   Enclosed please find for filing and docketing in the above-entitle action:

1:   Attorney Anthony C. Blair's Withdrawal of Appearance per Local Rule 83.5.2 (c).

2:   Certificate of Service.

   Thank you for your attention.

   Sincerely,

   *[signature: Anthony C. Blair]*

Encl.

cc:   Kenneth Ira Spigle, Esq.
      Jerome J. Scully, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION #05-CV-30131-MAP

**NATIONAL GRID COMMUNICATIONS, INC.,**
    Plaintiff

v.

**TOWN OF LENOX** and **LENOX ZONING BOARD OF APPEALS,**
    Defendants

### NOTICE OF WITHDRAWAL OF APPEARANCE
### under Local Rule 83.5.2(c)

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please withdraw the appearance of the undersigned attorney for the defendants, Town of Lenox and Lenox Zoning Board of Appeals, in the above-entitled case. The defendants will continue to be represented by Atty. Jerome J. Scully, of the same firm, whose appearance has already been filed. There are no motions pending before the Court, no trial date has been set, no hearings or conferences are scheduled, and no reports, oral or written are due.

                TOWN OF LENOX
                By its Attorneys

                Hannon Lerner

                _____
                Anthony C. Blair, BBO # 653849
                Hannon Lerner
                184 Main Street
                Lee, MA 01238
                413-243-3311, ext. 17

Date: August 25, 2006

## CERTIFICATE OF SERVICE

    I, Anthony C. Blair, hereby certify that I have this day, August 25, 2006, served the foregoing **Notice of Withdrawal of Appearance**, upon all parties, by mailing a copy, first class, postage prepaid to:

Kenneth Ira Spigle, Esq.
687 Highland Ave., Suite 1
Needham, MA 02494

Jerome J. Scully, Esq.
Hannon Lerner
184 Main St.
Lee, MA 01238

                                                                    Anthony C. Blair