**KENNETH IRA SPIGLE**
ATTORNEY AT LAW
687 Highland Avenue, Suite 1
Needham, Massachusetts 02494

---

(781) 453-3900
Fax: (781) 453-0510
Mobile: (617) 504-6843
e-mail: kenspigle@aol.com

ADMITTED IN MASSACHUSETTS
AND RHODE ISLAND

September 13, 2006

The Honorable Kenneth P. Neiman
U. S. Magistrate Judge
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, Massachusetts 01103

  Re: <u>National Grid Communications v. Town of Lenox, No. 05-cv-30131-MAP</u>

Dear Judge Neiman:

  On Tuesday, September 12, 2006, the Plaintiff, National Grid Communications, Inc., and the Defendants Town of Lenox and the Lenox Zoning Board of Appeals filed an Agreement for Judgment, with a proposed Judgment attached thereto. Because the Plaintiff and the Defendants have agreed to settle this case, Plaintiff will not be filing a Motion for Summary Judgment at this time.

  Thank you for your attention in this matter.

Very truly yours,

*/s/ Kenneth Ira Spigle*
Kenneth Ira Spigle

cc: Jerome Scully, Esquire (via First Class Mail and via e-mail)
   Anthony M. Feeherry, Esquire (via First Class Mail and via e-mail)
   Sheryl A. Koval, Esquire (via First Class Mail and via e-mail)