## CERTIFICATE OF SERVICE

I hereby certify that the following documents were served upon counsel for the parties in this matter by (listed below) by delivery by overnight mail, postage prepaid, on November 11, 2006:

1. Motion of Mohamed A. Zabian, Jr. For Leave To Intervene as Defendant;

2. Memorandum In Support of Motion of Mohamed A. Zabian, Jr. For Leave to Intervene as Defendant;

3. Affidavit of Mohamed A. Zabian, Jr. and

4. Certificate of Service.

Service was made on:

Kenneth I. Spigle, Esq.  
687 Highland Ave.  
Suite 1  
Needham, MA 02494

Jerome J. Scully, Esq.  
Hannon, Lerner  
184 Main Street  
Lee, Massachusetts 01238

Sheryl A. Koval, Esq.  
Goodwin Procter LLP  
Exchange Place  
53 State Street  
Boston, MA 02109

Dated: November 11, 2006

_Elisabeth C. Goodman_  
Elisabeth C. Goodman