UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRID COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TOWN OF LENOX AND LENOX ZONING BOARD OF APPEALS, <br><br> Defendants. | Civil Action No. 05-30131-MAP |

### NOTICE OF APPEARANCE OF ANTHONY M. FEEHERY

Pursuant to Local Rule 83.5.2.(a), please enter the appearance of Anthony M. Feeherry of Goodwin Procter LLP as counsel for the Intervenor Lenox Meadows, LLC in the above-captioned matter.

    Respectfully submitted,

    Lenox Meadows, LLC

    By its attorneys,

    /s/ Anthony M. Feeherry
    Anthony M. Feeherry (BBO# 160860)
    Sheryl A. Koval (BBO# 657735)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2881
    617.570.1000

Dated: December 5, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 5, 2006.

                                          /s/ Anthony M. Feeherry
                                          Anthony M. Feeherry