UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRID COMMUNICATIONS, INC., )<br>)<br>    Plaintiff    )<br>)<br>V.    )<br>)<br>TOWN OF LENOX and    )<br>LENOX ZONING BOARD OF APPEALS,    )<br>)<br>    Defendants    ) | C. A. NO. 05-30131-MAP |

FURTHER MOTION TO EXTEND TIME FOR OPPOSING
MOTION TO INTERVENE AND FOR STAY OF ACTION ON THE AGREEMENT
FOR JUDGMENT SUBMITTED BY THE PLAINTIFF AND THE DEFENDANTS

The Plaintiff, National Grid Communications, Inc., moves that this Honorable Court further extend the deadline for responses to Lenox Meadows, LLC's Motion to Intervene from December 8, 2006, to December 20, 2006, on the grounds that the Plaintiff and the Defendants have previously agreed upon a settlement of this matter, Plaintiff has surveyed a revised tower location and has prepared a set of plans for said revised tower location, which may also resolve all issues raised in the Motion to Intervene Lenox Meadows, LLC, and in the underlying case as well. Plaintiff also asks this Honorable Court temporarily to stay any action on the Agreement for Judgment which was filed on September 12, 2006.

Further in support of this Motion, the Plaintiff states the following:

    1.    On September 12, 2006, Lenox Meadows, LLC, filed for intervention, and Plaintiff and the Defendants filed an Agreement for Judgment. Following discussions with counsel for Lenox Meadows, LLC, the parties have

made further modifications of the proposed tower design and location, which modifications were the subject of a balloon test conducted on October 11, 2006. Plaintiff has completed the survey for the new tower location and within the past week a set of plans for the proposed new location have been prepared.  When the new plans have been reviewed by Lenox Meadows LLC, it is Plaintiff's hope and expectation that the new location  will result in a settlement of all issues in Lenox Meadows LLC's  Motion to Intervene and in the underlying case.

2.   The requested extension, and the stay of action on the Agreement for Judgment, would give the parties and Lenox Meadows the additional time necessary for the evaluation of the new plans currently, and would not unreasonably delay the resolution of this matter.

Respectfully submitted,

NATIONAL GRID COMMUNICATIONS, INC.,

By:   /s/ Kenneth Ira Spigle
Kenneth Ira Spigle (BBO# 475220)
687 Highland Avenue, Suite 1
Needham, Massachusetts  02494
(781) 453-3900
Facsimile: (781) 453-0510

Dated:     December 8, 2006

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above Motion via electronic filing with the Court, upon  counsel for the Defendants and counsel for proposed intervenors, this 8th day of December, 2006.

 /s/ Kenneth Ira Spigle
Kenneth Ira Spigle