UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

NATIONAL GRID COMMUNICATIONS, INC.,   )
                                       )
    Plaintiff                          )
v.                                     )   C. A. NO. 05-30131-MAP
                                       )
TOWN OF LENOX, et al,                  )
                                       )
    Defendants                         )

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(ii), Fed.R.Civ.P., all parties hereby stipulate to the dismissal of this action. The dismissal is with prejudice with respect to Plaintiff's claims.

Each party shall bear its own costs.


Respectfully submitted,

| NATIONAL GRID COMMUNICATIONS, INC., | MOHAMED A. ZABIAN, JR. |
|---|---|
| By: */s/ Kenneth Ira Spigle* | By: */s/ Elisabeth C. Goodman* |
| Kenneth Ira Spigle (BBO# 475220) | Elisabeth C. Goodman (BBO # 543069) |
| 687 Highland Avenue, Suite 1 | Ware & Goodman LLP |
| Needham, Massachusetts 02494 | 181 Main Street |
| (781) 453-3900 | P.O. Box 603 |
| Facsimile: (781) 453-0510 | Williamstown, MA 01267 |
| | (413) 458-2700 |
| | Facsimile: (413) 458-2702 |

TOWN OF LENOX and LENOX ZONING BOARD OF APPEALS,

By: */s/ Jerome J. Scully*
Jerome J. Scully (BBO # 449660)
Hannon, Lerner, Cowig, Scully & Bell
184 Main Street, P.O. Box 697
Lee, Massachusetts 01238
(413) 243-3311
Facsimile: (413) 243-4919

Dated:   February 9, 2007