## KENNETH IRA SPIGLE
ATTORNEY AT LAW
687 Highland Avenue, Suite 1
Needham, Massachusetts  02494

(781) 453-3900
Fax: (781) 453-0510
Mobile: (617) 504-6843
e-mail: kenspigle@aol.com

February 9, 2007

Civil Clerk's Office
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield,  Massachusetts  01103

    Re:  <u>National Grid Communications v. Town of Lenox, No. 05-cv-30131-MAP</u>

Dear Sir or Madam:

    I have today filed a Stipulation of Dismissal in this action, which was executed on behalf of Plaintiff National Grid Communications, Inc.; Defendant Town of Lenox; Defendant Lenox Zoning Board of Appeals; and Defendant (Intervenor) Mohammed A. Zabian, Jr.

    Please note that Lenox Meadows, LLC, which had also moved for intervenor status, is not included as one of the signatories to the Stipulation, because the granting of Lenox Meadows, LLC's Motion to Intervene was conditioned upon its filing of a responsive pleading, and it chose instead, to initiate a separate action in State court.  (<u>See</u> Docket Entry No. 36, and Orders of Judge Kenneth P. Neiman dated January 17, 2007, and January 30, 2007).

    If for any reason the Court believes that Lenox Meadows, LLC, should be a signatory to the Stipulation of Dismissal, even though it was not granted intervenor status, please inform me, and I will contact counsel for Lenox Meadows, LLC.

    Thank you for your attention in this matter.

    Very truly yours,

    */s/ Kenneth Ira Spigle*

    Kenneth Ira Spigle

cc:    Jerome J. Scully, Esquire (via email)
       Elisabeth C. Goodman, Esquire (via email)
       Anthony Feeherry, Esquire and Sheryl A. Koval, Esquire (via email)